# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 24, 2014

148374

LAWRENCE J. STOCKLER & ASSOCIATES,
P.C.,
   Plaintiff-Appellant,

and

GARAN LUCOW MILLER, P.C.,
   Intervening Plaintiff-Appellee,

v

MAHADEV AGYA, LLC, GURVINDER
SINGH, and GOBIND SINGH,
   Defendants-Appellees.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

SC: 148374
COA: 316986
Livingston CC: 11-025752-CK

On order of the Court, the application for leave to appeal the December 10, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 24, 2014



p0616

Clerk